UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

RE: BOBBY BENJAMIN

    Chapter 13

    Case No 15-11038

This shall serve as a notice to the court that creditor DITECH FINANCIAL LLC wishes to withdraw the Proof of Claim #7 that was filed on 8/18/2015 on behalf of Green Tree Servicing, LLC as the document was filed as a new claim in error.

FILED BY: Jaron Smith

Creditor: DITECH FINANCIAL LLC

Creditor Address: PO BOX 6154, Rapid City, SD 57709

Signed: /s/Jaron Smith

Date: 9/15/2015